# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GLORIA GOLSTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL ACTION NO. 15-0324-CG-B |
| WAL-MART, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This cause is before the court on the plaintiff's Motion to Dismiss (Doc. 4).

Upon due consideration, and as no answer or motion for summary judgment has been filed in this action to date, the motion is **GRANTED**. Therefore, this action is hereby **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 15th day of September, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE